**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BILLY THORNTON, JR.,
ADC #89174                                                                                    PLAINTIFF

V.                                            5:11-cv-00066-JLH-JTK

MARVIN EVANS, JR., et al.                                                        DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motion to Appoint Counsel and for Discovery

(Doc. No. 15).

While a pro se litigant has no statutory or constitutional right to appointed counsel in a civil

case, Stevens v. Redwing, 146 F.3d 538, 546 (8th Cir. 1998), the Court may, in its discretion,

appoint counsel for non-frivolous claims where "the nature of the litigation is such that plaintiff as

well as the court will benefit from the assistance of counsel." Johnson v. Williams, 788 F.2d 1319,

1322 (8th Cir. 1986). In evaluating Plaintiff's request, the Court considered four factors:  (1) the

factual and legal complexity of the case; (2) the plaintiff's ability to investigate the facts; (3) the

presence or absence of conflicting testimony; and (4) the plaintiff's ability to present his claims. Id.

at 1322-23.

Having considered the above factors, the Court finds that Plaintiff's Motion should be denied

at this time.  Plaintiff's claims are not legally or factually complex, and the record demonstrates

Plaintiff is capable of proceeding without the benefit of appointed counsel.

In addition, Plaintiff's Motion for Discovery is actually a Request for Discovery from the

Defendants.  Accordingly,

IT  IS THEREFORE ORDERED that Plaintiff's Motion to Appoint Counsel (Doc. No. 15) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Discovery (Doc. No. 15) should be re-docketed as a Request for Discovery from Defendants.

IT IS SO ORDERED this 26th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE