## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY THORNTON, JR.,                                                                                          PLAINTIFF
ADC #89174

v.                                              No. 5:11CV00066 JLH-JTK

MARVIN EVANS, JR., *et al*.                                                                            DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Lyons, Tyler, and Hodges are DISMISSED from this action, for failure to state a claim.

IT IS FURTHER ORDERED that all Plaintiff's claims, except the denial of access to the courts claim, are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 31st day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE