**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BILLY THORNTON, JR.,
ADC #89174                                                                          PLAINTIFF

v.                                          5:11-cv-00066-JLH-JTK

MARVIN EVANS, JR., et al.                                                  DEFENDANTS

## ORDER

Defendants' Motion to Stay Discovery, pending resolution of the Summary Judgment

Motion

(Doc. No. 33), is GRANTED.

Plaintiff shall file a Response to Defendants' Motion for Summary Judgment within ten days

of the date of this Order.  Failure to respond shall result in the dismissal without prejudice of

Plaintiff's Complaint, for failure to prosecute.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 9th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1