## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY THORNTON, JR.,                                                                             PLAINTIFF
ADC #89174

v.                      No. 5:11CV00066 JLH-JTK

MARVIN EVANS, JR., *et al.*                                            DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 30) is GRANTED.

2. Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 1st day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE