IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY THORNTON, JR.,                                                                                    PLAINTIFF
ADC #89174

v.                                         No. 5:11CV00066 JLH-JTK

MARVIN EVANS, JR., *et al*.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 1st day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE