# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY THORNTON, JR.,                                                            PLAINTIFF
ADC #89174

v.                        No. 5:11CV00066 JLH-JTK

MARVIN EVANS, JR., *et al.*                                      DEFENDANTS

## ORDER

The motion for reconsideration filed by Billy Thornton, Jr., is DENIED. Document #44.

IT IS SO ORDERED this 15th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE